AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
District of Columbia

2023 JUN -7 AM 11:13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: TV

United States of America
v.
JAY JAMES JOHNSTON

*Defendant*

)
) Case: 1:23-mj-00115
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 6/5/2023
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT     MJ 23-02917

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAY JAMES JOHNSTON     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restructed Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings.

Date:   06/05/2023

*M.U. Upa[signature]*
*Issuing officer's signature*

City and state:     Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: JAY JAMES JOHNSTON

Known aliases:

Last known residence: 12236 Kagel Canyon Rd., Sylmar, CA 91342

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: United States

Date of birth: 10/22/1968

Social Security number: 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

Height: 6'4"     Weight: 210

Sex: Male     Race:

Hair: Brown     Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: None

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 484439VC8

Complete description of auto:

Investigative agency: FBI

Investigative agency address: Los Angeles Field Office, 11000 Wilshire Blvd., Rm. CT-3, Los Angeles, CA 90024-3672

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: